**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Michael SASSNETT, Defendant-Appellant.**

**No. 17-10037**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(July 19, 2017)

Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Michael Sassnett, Residential Reentry Office, Atlanta, GA, for Defendant-Appellant

Before HULL, WILSON and JILL PRYOR, Circuit Judges.

PER CURIAM:

Brendan Fleming, appointed counsel for Michael Sassnett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sassnett's

revocation of supervised release and sentence are **AFFIRMED**.